SARAH E. VINCENT, Respondent, v. WILLIAM H. RIX and Others, Appellants.— Motion denied, with ten doliars costs.  Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

PETER MARKIEWICZ, Respondent, v. MARTIN THOMPSON, Appellant.— Motion denied, with ten dollars costs.  Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

FRANK MEEGAN, Appellant, v. JOHN C. TRACY, Respondent.— Motion for leave to appeal to the Court of Appeals granted, and the following questions certified: " 1. Should the defendant's motion, made at Special Term, resulting in the order made February 9, 1927, have been denied as a matter of law?  2. Did the court, at Special Term, have jurisdiction and power to direct plaintiff to return the property to the custody of the defendant as county judge? "  Present — Van Kirk, Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of OTTILIE BOCK and Others, Respondents, against BROOKLYN RAPID TRANSIT COMPANY, Appellant.  STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.  Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

In the Matter of the Claim of VINCENZO CEFALIELO, Respondent, against T. HOGAN & SONS, INC., Appellant.  STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.  Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.

BRIDGET FARRELL, Respondent, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Appellant.— Judgment and order reversed, with costs, and complaint dismissed, with costs, on the ground that some of the statements in the application for insurance were untrue.  Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ., concur.

In the Matter of the Claim of HARRY M. WILNER, Respondent, against SAM S. & LEE SHUBERT, INC., and Another, Appellants.  STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.  Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of MARY MURPHY, Respondent, against DUNBAR & SULLIVAN DREDGING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board, on the authority of State Industrial Board of New York v. Terry & Tench Co., Inc. (—— U. S. ——) (decided Oct. 11, 1926).  Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

JOHN VICTOR RIVERS, as Administrator, etc., of JOHN W. RIVERS, Deceased, Respondent, v. ARTHUR C. McKINNEY, Appellant.— Judgment and order unanimously affirmed, with costs.  Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.